UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:25-cv-80016-AHS

NICHOLAS PAGAN,

    Plaintiff,

vs.

Tomalty Dental Care Holdings, LLC.

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, through the undersigned attorney, hereby gives notice to this Honorable Court that all parties have reached an amicable resolution of this dispute. Thus, Plaintiff respectfully requests for all deadlines in this case to be tolled while the parties finalize their agreement and move to dismiss this matter within thirty (30) days of the filing of this Notice of Settlement.

Dated this 31st day of January 2025.

Respectfully Submitted,

    */s/ Alberto R. Leal*.
    Alberto R. Leal, Esq., P.A.
    Florida Bar No.: 1002345
    E-Mail: albertolealesq@gmail.com
    8927 Hypoluxo Rd. #157
    Lake Worth, FL 33467
    Phone: 954-637-1868
    Attorney for Plaintiff