UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80016-CIV-SINGHAL

NICHOLAS PAGAN,

    Plaintiff,

v.

TOMALTY DENTAL CARE HOLDINGS, LLC,

    Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on Plaintiff's Notice of Dismissal with Prejudice. (DE [9]). The Court having reviewed the Notice and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE** as to all Defendants. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions. All deadlines and hearings are **CANCELLED.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 11th day of March 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF